1
2
3
4
5

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

6
7

8  JAFAKA MENO MATIYA,

9                            Petitioner,          CASE NO. 3:24-cv-05892-TL-BAT

10        v.                                      **ORDER GRANTING
                                                  APPLICATION TO PROCEED *IN
11  JEFFREY PERKINS,                              FORMA PAUPERIS***

12                           Respondent.

13        Petitioner has filed a federal habeas petition under 28 U.S.C. § 2254, and an application

14  to proceed *in forma pauperis*.  The Court GRANTS Petitioner's application to proceed IFP.

15  Dkt.6. The Clerk shall Petitioner's petition for writ of habeas corpus without the prepayment of

16  fees and provide Petitioner a copy of this order.

17        DATED this 1st day of November, 2024.

18

19                                        _____

20                                        BRIAN A. TSUCHIDA
                                          United States Magistrate Judge
21

22

23

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS - 1